**Fill in this information to identify the case:**

Debtor name   **Rosetta Genomics, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   18-11316

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................    $        0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................    $        696,396.42

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................    $        696,396.42

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $        1,245,000.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................    $        0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$        49,047,843.87

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b      $        50,292,843.87

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Rosetta Genomics, Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (If known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | Bank Leumi USA | Checking | 8918 | $73,844.84 |
| 3.2. | Bank Leumi USA | Time Deposit | 8925 | $77,796.37 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                    **$151,641.21**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit - Research Park Incorporated | $46,327.46 |
| 7.2. | Security Deposit - Princeton Corporate Center | $26,469.75 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Rosetta Genomics, Inc.**                                    Case number *(if known)* _____
_____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.  **Prepaid Expenses- See Attached**                                                        $4,353.00

9. **Total of Part 2.**                                                                          $77,150.21
Add lines 7 through 8. Copy the total to line 81.

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:        **297,000.00**    -       **0.00**    = ....      $297,000.00
                                face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                         $297,000.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:
**401K Plan with Mass Mutual**
**Rosetta Genomics Inc RET Trust Plan,**
14.1.  **Plan ID # 814550**                                                                      Unknown

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                          % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**                                                                          $0.00
Add lines 14 through 16. Copy the total to line 83.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    **Rosetta Genomics, Inc.**                                    Case number *(If known)* _____
          Name

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>See Attached | $0.00 | | $0.00 |
| 40. | Office fixtures<br>See Attached | $0.00 | | $0.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>See Attached | $0.00 | | $170,605.00 |

| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | Total of Part 7.<br>Add lines 39 through 42. Copy the total to line 86. | $170,605.00 |
|---|---|---|

44. Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below. See Schedule G for real property leases

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor     __Rosetta Genomics, Inc._____     Case number *(If known)* _____
                    Name

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    __Rosetta Genomics, Inc._____    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $151,641.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $77,150.21 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $297,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $170,605.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $696,396.42 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $696,396.42 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

SCHEDULE B
PART 2 - NO. 8
PREPAID EXPENSES

| Acct# | Acct name | Date | Reference1 | Reference2 | Description | Debit | Credit |
|---|---|---|---|---|---|---|---|
| 132410 | Prepaid Expenses | 10/31/2016 | GI16000725 | 280916 | Insurance 5.16-5.17 | $ - | $ 1,581 |
| 132410 | Prepaid Expenses | 11/30/2016 | GI16000725 | 280916 | Insurance 5.16-5.17 | $ - | $ 1,581 |
| 132410 | Prepaid Expenses | 11/23/2016 | GI16000989 | 280701 | Computer Maintenance | | $ 79 |
| 132410 | Prepaid Expenses | 5/11/2017 | GI17000437 | 2197430 | Annual Fee | | $ 323 |
| 132410 | Prepaid Expenses | 6/28/2017 | GI17000532 | 510P1123 | Insurance 5.17-5.18 | | $ 2,625 |
| 132410 | Prepaid Expenses | 6/29/2017 | GI17000611 | 8265246 | Karin A. | | $ 486 |
| 132410 | Prepaid Expenses | 7/1/2017 | GI17000592 | 45043 | Website Maintenance | | $ 229 |
| 132410 | Prepaid Expenses | 9/12/2017 | GI17000839 | 2170643 | IT MAint. | | $ 208 |
| 132410 | Prepaid Expenses | 12/5/2017 | GI17001031 | 300342 | 1-3.18 Computer Main. | | $ 99 |
| 132410 | Prepaid Expenses | 1/16/2018 | GI18000054 | 300769 | Computer maintenance | | $ 164 |
| 132410 | Prepaid Expenses | 1/19/2018 | GI18000055 | 300815 | Computer Maintenance | | $ 88 |
| 132410 | Prepaid Expenses | 3/6/2018 | GI18000119 | 125225 | Insuran14.1.18-31.5.18 | | $ 695 |
| 132410 | Prepaid Expenses | 11/23/2016 | GI16000989 | 280701 | Computer Maintenance | $ 79 | $ - |
| 132410 | Prepaid Expenses | 6/29/2017 | GI17000611 | 8265246 | Karin A. | $ 438 | $ - |
| 132410 | Prepaid Expenses | 7/1/2017 | GI17000592 | 45043 | Website Maintenance | $ 229 | |
| 132410 | Prepaid Expenses | 9/12/2017 | GI17000839 | 2170643 | IT MAint. | $ 208 | |
| 132410 | Prepaid Expenses | 12/5/2017 | GI17001031 | 300342 | 1-3.18 Computer Main. | $ 99 | |
| 132410 | Prepaid Expenses | 1/16/2018 | GI18000054 | 300769 | Computer maintenance | $ 164 | |
| 132410 | Prepaid Expenses | 1/19/2018 | GI18000055 | 300815 | Computer Maintenance | $ 88 | |
| 132410 | Prepaid Expenses | 11/23/2016 | GI16000989 | 280701 | Computer Maintenance | $ 79 | |
| 132410 | Prepaid Expenses | 9/12/2017 | GI17000839 | 2170643 | IT MAint. | $ 208 | |
| 132410 | Prepaid Expenses | 12/5/2017 | GI17001031 | 300342 | 1-3.18 Computer Main. | $ 99 | |
| 132410 | Prepaid Expenses | 1/16/2018 | GI18000054 | 300769 | Computer maintenance | $ 164 | |
| 132410 | Prepaid Expenses | 1/19/2018 | GI18000055 | 300815 | Computer Maintenance | $ 88 | |
| 132410 | Prepaid Expenses | 11/23/2016 | GI16000989 | 280701 | Computer Maintenance | $ 79 | |
| 132410 | Prepaid Expenses | 9/12/2017 | GI17000839 | 2170643 | IT MAint. | $ 208 | |
| 132410 | Prepaid Expenses | 12/5/2017 | GI17001031 | 300342 | 1-3.18 Computer Main. | $ 99 | |
| 132410 | Prepaid Expenses | 1/16/2018 | GI18000054 | 300769 | Computer maintenance | $ 164 | |
| 132410 | Prepaid Expenses | 1/19/2018 | GI18000055 | 300815 | Computer Maintenance | $ 88 | |
| 132410 | Prepaid Expenses | 11/23/2016 | GI16000989 | 280701 | Computer Maintenance | $ 79 | |
| 132410 | Prepaid Expenses | 9/12/2017 | GI17000839 | 2170643 | IT MAint. | $ 78 | |
| 132410 | Prepaid Expenses | 12/5/2017 | GI17001031 | 300342 | 1-3.18 Computer Main. | $ 99 | |
| 132410 | Prepaid Expenses | 1/16/2018 | GI18000054 | 300769 | Computer maintenance | $ 164 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 132410 | Prepaid Expenses | 1/19/2018 | G18000055 | 300815 | Computer Maintenance | $ 88 |
| 132410 | Prepaid Expenses | 11/23/2016 | G16000989 | 280701 | Computer Maintenance | $ 79 |
| 132410 | Prepaid Expenses | 12/5/2017 | G17001031 | 300342 | 1-3.18 Computer Main. | $ 99 |
| 132410 | Prepaid Expenses | 1/16/2018 | G18000054 | 300769 | Computer maintenance | $ 164 |
| 132410 | Prepaid Expenses | 1/19/2018 | G18000055 | 300815 | Computer Maintenance | $ 88 |
| 132410 | Prepaid Expenses | 11/23/2016 | G16000989 | 280701 | Computer Maintenance | $ 79 |
| 132410 | Prepaid Expenses | 12/5/2017 | G17001031 | 300342 | 1-3.18 Computer Main. | $ 99 |
| 132410 | Prepaid Expenses | 1/16/2018 | G18000054 | 300769 | Computer maintenance | $ 164 |
| 132410 | Prepaid Expenses | 1/19/2018 | G18000055 | 300815 | Computer Maintenance | $ 88 |
| 132410 | Prepaid Expenses | 12/5/2017 | G17001031 | 300342 | 1-3.18 Computer Main. | $ 99 |
| 132410 | Prepaid Expenses | 1/16/2018 | G18000054 | 300769 | Computer maintenance | $ 164 |
| 132410 | Prepaid Expenses | 1/19/2018 | G18000055 | 300815 | Computer Maintenance | $ 88 |
| 132410 | Prepaid Expenses | 1/16/2018 | G18000054 | 300769 | Computer maintenance | $ 51 |
| 132410 | Prepaid Expenses | 1/19/2018 | G18000055 | 300815 | Computer Maintenance | $ 3 |
| | | | | | **TOTAL PREPAID** | **$ 4,353** |

SCHEDULE B
PART 7 - 39-41

| Asset# | Asset description | Acquisition date | Date in service | Depr % | Cost | | Accum. Depr. | | Net | |
|---|---|---|---|---|---|---|---|---|---|---|
| Computers | | | | | | | | | | |
| 1 | [6011500052456T | 8/3/2006 | 8/3/2006 | 33 | $ | 205 | $ | 205 | $ | - |
| 2 | [6011500052456T | 8/4/2006 | 8/4/2006 | 33 | $ | 1,246 | $ | 1,246 | $ | - |
| 3 | [6011500052456T | 10/6/2006 | 10/6/2006 | 33 | $ | 2,048 | $ | 2,048 | $ | - |
| 4 | [6011500052456T | 10/8/2006 | 10/8/2006 | 33 | $ | 1,024 | $ | 1,024 | $ | - |
| 5 | [6011500052456T | 10/17/2006 | 10/17/2006 | 33 | $ | 177 | $ | 177 | $ | - |
| 6 | [6011500052456T | 3/31/2007 | 3/31/2007 | 33 | $ | 617 | $ | 617 | $ | - |
| 7 | Lenovo | 8/4/2007 | 8/4/2007 | 33 | $ | 1,349 | $ | 1,349 | $ | - |
| 8 | teleconference | 4/7/2008 | 4/7/2008 | 33 | $ | 8,189 | $ | 8,189 | $ | - |
| 9 | Lenovo | 5/8/2008 | 5/8/2008 | 33 | $ | 1,264 | $ | 1,264 | $ | - |
| 10 | FUJITSUPC | 7/13/2008 | 7/13/2008 | 33 | $ | 1,210 | $ | 1,210 | $ | - |
| 11 | Sony Style | 8/19/2008 | 8/19/2008 | 33 | $ | 1,284 | $ | 1,284 | $ | - |
| 12 | W.B. Mason | 9/10/2008 | 9/10/2008 | 33 | $ | 321 | $ | 321 | $ | - |
| 13 | 1 Yr Depot Topse | 6/14/2012 | 6/14/2012 | 33 | $ | 1,279 | $ | 1,279 | $ | - |
| 14 | 1 Yr Depot Topse | 6/14/2012 | 6/14/2012 | 33 | $ | 1,109 | $ | 1,109 | $ | - |
| 15 | TAX | 6/14/2012 | 6/14/2012 | 33 | $ | 191 | $ | 191 | $ | - |
| 16 | 1 Yr Depot Warr | 9/10/2012 | 9/10/2012 | 33 | $ | 1,044 | $ | 1,044 | $ | - |
| 79 | Computers | 11/9/2012 | 1/1/2013 | 33 | $ | 1,703 | $ | 1,703 | $ | - |
| 80 | * Computers | 12/11/2012 | 1/1/2013 | 33 | $ | 1,309 | $ | 1,309 | $ | - |
| 2 | Dell R720 server | 1/30/2013 | 1/30/2013 | 33 | $ | 12,324 | $ | 12,324 | $ | - |
| 5 | General | 1/31/2013 | 1/31/2013 | 33 | $ | 4,857 | $ | 4,857 | $ | - |
| 4 | Amazon - IP KVM | 2/11/2013 | 2/11/2013 | 0 | $ | 647 | $ | 647 | $ | - |
| 3 | רמש'חה | 2/13/2013 | 2/13/2013 | 33 | $ | 1,995 | $ | 1,995 | $ | - |
| 6 | רמש'חה | 2/13/2013 | 2/13/2013 | 33 | $ | 1,218 | $ | 1,218 | $ | - |
| 7 | רמש'חה | 2/13/2013 | 2/13/2013 | 33 | $ | 1,218 | $ | 1,218 | $ | - |
| 8 | Computers | 2/13/2013 | 2/13/2013 | 33 | $ | 54,120 | $ | 54,120 | $ | - |
| 9 | זמה? | 2/25/2013 | 2/25/2013 | 33 | $ | 1,818 | $ | 1,818 | $ | - |
| 10 | storage+srv | 2/28/2013 | 2/28/2013 | 33 | $ | 3,222 | $ | 3,222 | $ | - |
| 22 | DVD Burner | 4/1/2013 | 4/1/2013 | 33 | $ | 80 | $ | 80 | $ | - |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | steve | 4/1/2013 | 4/1/2013 | 33 | $ | 1,036 | $ | 1,036 | $ | - |
| 24 | Tatia | 4/1/2013 | 4/1/2013 | 33 | $ | 1,312 | $ | 1,312 | $ | - |
| 26 | switch | 4/1/2013 | 4/1/2013 | 33 | $ | 1,558 | $ | 1,558 | $ | - |
| 11 | Backup for Citrix | 4/4/2013 | 4/4/2013 | 33 | $ | 1,764 | $ | 1,764 | $ | - |
| 81 | profe5license | 4/4/2013 | 4/4/2013 | 33 | $ | 719 | $ | 719 | $ | - |
| 82 | COMPUTERS | 4/18/2013 | 4/18/2013 | 33 | $ | 6,686 | $ | 6,686 | $ | - |
| 83 | Eran | 4/21/2013 | 4/21/2013 | 33 | $ | 794 | $ | 794 | $ | - |
| 84 | Tablet for Guy | 4/25/2013 | 4/25/2013 | 33 | $ | 540 | $ | 540 | $ | - |
| 85 | lenovo think | 5/6/2013 | 5/6/2013 | 33 | $ | 1,400 | $ | 1,400 | $ | - |
| 86 | to Marce | 5/6/2013 | 5/6/2013 | 33 | $ | 205 | $ | 205 | $ | - |
| 87 | marcell | 5/6/2013 | 5/6/2013 | 33 | $ | 130 | $ | 130 | $ | - |
| 88 | Eran | 5/8/2013 | 5/8/2013 | 33 | $ | 174 | $ | 174 | $ | - |
| 89 | shield ta | 5/22/2013 | 5/22/2013 | 33 | $ | 34 | $ | 34 | $ | - |
| 90 | for Ken | 5/27/2013 | 5/27/2013 | 33 | $ | 225 | $ | 225 | $ | - |
| 34 | LED23"X5 | 6/26/2013 | 6/26/2013 | 33 | $ | 705 | $ | 705 | $ | - |
| 37 | ultrabase | 6/27/2013 | 6/27/2013 | 33 | $ | 302 | $ | 302 | $ | - |
| 38 | PoE Switch | 6/27/2013 | 6/27/2013 | 33 | $ | 635 | $ | 635 | $ | - |
| 33 | UPS FOR NJ | 6/28/2013 | 6/28/2013 | 33 | $ | 162 | $ | 162 | $ | - |
| 36 | adaptor+KVM on | 6/28/2013 | 6/28/2013 | 33 | $ | 565 | $ | 565 | $ | - |
| 42 | TELEPHONY | 6/28/2013 | 6/28/2013 | 33 | $ | 431 | $ | 431 | $ | - |
| 31 | installaed General | 6/29/2013 | 6/29/2013 | 33 | $ | 3,950 | $ | 3,950 | $ | - |
| 35 | computer | 7/1/2013 | 7/1/2013 | 33 | $ | 787 | $ | 787 | $ | - |
| 67 | website | 7/1/2013 | 7/1/2013 | 33 | $ | 8,033 | $ | 8,033 | $ | - |
| 30 | exchange rules | 7/8/2013 | 7/8/2013 | 33 | $ | 775 | $ | 775 | $ | - |
| 44 | Princest | 7/8/2013 | 7/8/2013 | 33 | $ | 180 | $ | 180 | $ | - |
| 45 | Princ | 7/8/2013 | 7/8/2013 | 33 | $ | 539 | $ | 539 | $ | - |
| 32 | Software | 7/11/2013 | 7/11/2013 | 33 | $ | 60 | $ | 60 | $ | - |
| 46 | screen,KB+MS | 7/15/2013 | 7/15/2013 | 33 | $ | 265 | $ | 265 | $ | - |
| 58 | Princeton | 7/21/2013 | 7/21/2013 | 33 | $ | 1,540 | $ | 1,540 | $ | - |
| 47 | S230U | 7/24/2013 | 7/24/2013 | 33 | $ | 2,560 | $ | 2,560 | $ | - |

| | | | | 33 | | | | $ - |
|---|---|---|---|---|---|---|---|---|
| 48 | sales | 7/30/2013 | 8/1/2013 | 33 | $ | $ 2,560 | $ 2,560 | $ - |
| 65 | website | 8/10/2013 | 8/10/2013 | 33 | $ | $ 27,060 | $ 27,060 | $ - |
| 66 | website | 8/10/2013 | 8/15/2013 | 33 | $ | $ 8,033 | $ 8,033 | $ - |
| 57 | confero | 8/22/2013 | 8/22/2013 | 33 | $ | $ 241 | $ 241 | $ - |
| 59 | recep | 9/10/2013 | 9/10/2013 | 33 | $ | $ 681 | $ 681 | $ - |
| 73 | Computer for Lital | 9/25/2013 | 10/1/2013 | 33 | $ | $ 554 | $ 554 | $ - |
| 79 | Shredder for Phil | 10/15/2013 | 10/15/2013 | 33 | $ | $ 243 | $ 243 | $ - |
| 91 | prinston | 11/10/2013 | 11/10/2013 | 33 | $ | $ 909 | $ 909 | $ - |
| 83 | monitor | 12/1/2013 | 12/1/2013 | 33 | $ | $ 106 | $ 106 | $ - |
| 84 | #730 | 12/1/2013 | 12/1/2013 | 33 | $ | $ 280 | $ 280 | $ - |
| 85 | docking sta | 12/1/2013 | 12/1/2013 | 33 | $ | $ 297 | $ 297 | $ - |
| 86 | E2414Hr | 12/1/2013 | 12/1/2013 | 33 | $ | $ 293 | $ 293 | $ - |
| 89 | for Briann | 12/18/2013 | 12/18/2013 | 33 | $ | $ 593 | $ 593 | $ - |
| 94 | USD3.0 driv | 12/24/2013 | 12/24/2013 | 33 | $ | $ 875 | $ 875 | $ - |
| 98 | OPTI3010 APFC | 12/29/2013 | 1/1/2014 | 33 | $ | $ 549 | $ 549 | $ - |
| 99 | P2214H | 12/29/2013 | 1/1/2014 | 33 | $ | $ 183 | $ 183 | $ - |
| 95 | PortReplocator | 1/9/2014 | 1/9/2014 | 33 | $ | $ 100 | $ 100 | $ - |
| 97 | monitor | 1/9/2014 | 1/9/2014 | 33 | $ | $ 139 | $ 139 | $ - |
| 96 | adaptor+wireless | 1/11/2014 | 1/11/2014 | 33 | $ | $ 56 | $ 56 | $ - |
| 100 | monitor+ultrabase | 1/30/2014 | 1/30/2014 | 33 | $ | $ 398 | $ 398 | $ - |
| 101 | screen | 2/5/2014 | 2/5/2014 | 33 | $ | $ 170 | $ 170 | $ - |
| 102 | 2XLanovoS230u | 2/9/2014 | 2/9/2014 | 33 | $ | $ 1,510 | $ 1,510 | $ - |
| 103 | 937-546-16 | 2/19/2014 | 2/19/2014 | 33 | $ | $ 578 | $ 578 | $ - |
| 118 | licenses | 2/28/2014 | 2/28/2014 | 33 | $ | $ 1,063 | $ 1,063 | $ - |
| 119 | Ken/KEV/ | 2/28/2014 | 2/28/2014 | 33 | $ | $ 1,582 | $ 1,582 | $ - |
| 120 | concentrator | 2/28/2014 | 2/28/2014 | 33 | $ | $ 1,733 | $ 1,733 | $ - |
| 111 | Princetone | 3/18/2014 | 3/18/2014 | 33 | $ | $ 2,088 | $ 2,088 | $ - |
| 112 | Comp+screen+ke | 3/30/2014 | 4/15/2014 | 33 | $ | $ 1,904 | $ 1,904 | $ - |
| 113 | bag for Yoav | 3/30/2014 | 4/15/2014 | 33 | $ | $ 53 | $ 53 | $ - |
| 114 | docstaion for Yoa | 3/30/2014 | 4/15/2014 | 33 | $ | $ 290 | $ 290 | $ - |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 115 | hard drive+ad | 3/30/2014 | 4/15/2014 | 33 | $ | 145 | $ | 145 | $ | - |
| 116 | DVD | 3/30/2014 | 4/15/2014 | 33 | $ | 36 | $ | 36 | $ | - |
| 124 | headset | 4/29/2014 | 5/1/2014 | 33 | $ | 224 | $ | 224 | $ | - |
| 123 | cartridg | 5/1/2014 | 5/1/2014 | 33 | $ | 632 | $ | 632 | $ | - |
| 133 | I5/3.2 4GB | 5/5/2014 | 5/5/2014 | 33 | $ | 1,305 | $ | 1,305 | $ | - |
| 134 | widescreen | 5/5/2014 | 5/5/2014 | 33 | $ | 600 | $ | 600 | $ | - |
| 125 | English | 5/13/2014 | 5/13/2014 | 33 | $ | 170 | $ | 170 | $ | - |
| 130 | Licens | 6/26/2014 | 6/26/2014 | 33 | $ | 740 | $ | 740 | $ | - |
| 132 | Ken+Docksta | 6/26/2014 | 6/26/2014 | 33 | $ | 1,641 | $ | 1,641 | $ | - |
| 131 | Station | 6/28/2014 | 6/28/2014 | 33 | $ | 193 | $ | 193 | $ | - |
| 135 | Prince meeting | 7/10/2014 | 7/10/2014 | 33 | $ | 346 | $ | 346 | $ | - |
| 138 | software | 7/16/2014 | 7/16/2014 | 33 | $ | 799 | $ | 799 | $ | - |
| 136 | GX43 | 7/23/2014 | 7/23/2014 | 33 | $ | 639 | $ | 639 | $ | - |
| 137 | barcode pri | 7/24/2014 | 7/24/2014 | 33 | $ | 297 | $ | 297 | $ | - |
| 139 | SOFTWARE | 7/25/2014 | 7/25/2014 | 33 | $ | 2,080 | $ | 2,080 | $ | - |
| 141 | up.Mats lapto | 7/29/2014 | 7/29/2014 | 33 | $ | 199 | $ | 199 | $ | - |
| 142 | Laptop for Mats | 7/29/2014 | 7/29/2014 | 33 | $ | 787 | $ | 787 | $ | - |
| 140 | intra-ne | 8/1/2014 | 8/1/2014 | 33 | $ | 150 | $ | 150 | $ | - |
| 144 | Pad Laptops | 10/7/2014 | 10/7/2014 | 33 | $ | 2,232 | $ | 2,232 | $ | - |
| 145 | 1269URP | 10/30/2014 | 10/30/2014 | 33 | $ | 9,876 | $ | 9,876 | $ | - |
| 153 | Licenses | 11/4/2014 | 11/4/2014 | 33 | $ | 26,091 | $ | 26,091 | $ | - |
| 147 | server for Philly | 11/5/2014 | 11/5/2014 | 33 | $ | 7,662 | $ | 7,662 | $ | - |
| 154 | Backup SW | 11/11/2014 | 11/11/2014 | 33 | $ | 1,800 | $ | 1,800 | $ | - |
| 152 | Licenses | 11/13/2014 | 11/13/2014 | 33 | $ | 26,171 | $ | 26,171 | $ | - |
| 151 | Remote Support | 11/18/2014 | 11/18/2014 | 33 | $ | 349 | $ | 349 | $ | - |
| 160 | Network | 12/31/2014 | 12/31/2014 | 33 | $ | 226 | $ | 226 | $ | - |
| 157 | Laptop for Ron | 1/7/2015 | 1/7/2015 | 33 | $ | 1,574 | $ | 1,574 | $ | - |
| 158 | Ron | 1/7/2015 | 1/7/2015 | 33 | $ | 109 | $ | 109 | $ | - |
| 159 | for Yoav | 1/27/2015 | 1/27/2015 | 33 | $ | 166 | $ | 166 | $ | - |
| 162 | for PHL | 2/16/2015 | 2/16/2015 | 33 | $ | 334 | $ | 334 | $ | - |

| ID | Description | Date | Date | Life | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 163 | PHL's lab | 2/16/2015 | 2/16/2015 | 33 | $ 470 | $ 470 | $ - |
| 171 | CS235 for Philade | 11/22/2015 | 11/22/2015 | 33 | $ 33,950 | $ 28,270 | $ 5,680 |
| 174 | 2 Surface for S&M | 1/8/2016 | 1/8/2016 | 33 | $ 1,868 | $ 1,476 | $ 392 |
| 177 | 15/256/8G | 3/11/2016 | 3/11/2016 | 33 | $ 1,320 | $ 968 | $ 352 |
| 184 | Laptop for Lisa | 6/22/2016 | 6/22/2016 | 33 | $ 614 | $ 393 | $ 221 |
| 185 | Maintenance | 1/4/2017 | 1/4/2017 | 33 | $ 3,142 | $ 1,457 | $ 1,684 |
| | | | SUBTOTAL | | $ 329,186 | $ 320,856 | $ 8,329 |

**Leasehold Improvement**

| ID | Description | Date | Date | Life | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 74 | Place Corporation | 3/7/2008 | 3/7/2008 | 20 | $ 10,481 | $ 10,481 | $ - |
| 75 | 75 | 4/14/2008 | 4/14/2008 | 20 | $ 2,960 | $ 2,960 | $ - |
| 76 | Frantic, LLC. | 7/30/2008 | 7/30/2008 | 20 | $ 6,023 | $ 6,023 | $ - |
| 77 | Frantic, LLC. | 8/8/2008 | 8/8/2008 | 20 | $ 1,928 | $ 1,928 | $ - |
| 78 | Lab Renovation | 1/31/2010 | 1/31/2010 | 28.57 | $ 127,832 | $ 127,832 | $ - |
| 17 | 740 | 3/15/2013 | 3/15/2013 | 20 | $ 1,584 | $ 1,584 | $ - |
| 18 | renovation | 4/29/2013 | 4/29/2013 | 20 | $ 27,762 | $ 27,762 | $ - |
| 27 | wiring | 5/20/2013 | 5/20/2013 | 20 | $ 675 | $ 675 | $ - |
| 49 | improvements | 5/31/2013 | 5/31/2013 | 20 | $ 8,324 | $ 8,324 | $ - |
| 28 | Upgraded carpet | 6/14/2013 | 6/14/2013 | 20 | $ 2,233 | $ 2,217 | $ 16 |
| 68 | Suite740/3 | 7/1/2013 | 7/1/2013 | 20 | $ 3,231 | $ 3,178 | $ 53 |
| 69 | Suite740/3 | 7/1/2013 | 7/1/2013 | 20 | $ 144 | $ 142 | $ 2 |
| 71 | Conference room | 8/9/2013 | 8/9/2013 | 20 | $ 387 | $ 373 | $ 15 |
| 72 | Mack-Cali paint | 8/9/2013 | 8/9/2013 | 20 | $ 1,089 | $ 1,048 | $ 41 |
| | | | SUBTOTAL | | $ 194,653 | $ 194,526 | $ 127 |

**Office Furniture&equipment**

| ID | Description | Date | Date | Life | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 17 | Advaxis, Inc. | 3/3/2008 | 3/3/2008 | 20 | $ (1,100) | $ (1,100) | $ - |
| 18 | IKEA | 3/6/2008 | 3/6/2008 | 20 | $ 16 | $ 16 | $ - |
| 19 | IKEA | 3/6/2008 | 3/6/2008 | 20 | $ 160 | $ 160 | $ - |
| 20 | IKEA | 3/6/2008 | 3/6/2008 | 20 | $ 1,630 | $ 1,630 | $ - |
| 21 | Advaxis, Inc. | 3/7/2008 | 3/7/2008 | 20 | $ (375) | $ (375) | $ - |
| 22 | Evensonbest LLC | 3/11/2008 | 3/11/2008 | 20 | $ 18,741 | $ 18,741 | $ - |

| # | Description | Date | Date | Life | Cost | Amount | Value |
|---|---|---|---|---|---|---|---|
| 23 | Evensonbest LLC | 5/16/2008 | 5/16/2008 | 20 | $ 402 | $ 402 | $ - |
| 24 | Evensonbest LLC | 5/16/2008 | 5/16/2008 | 20 | $ 284 | $ 284 | $ - |
| 25 | IKEA | 8/4/2008 | 8/4/2008 | 20 | $ 1,231 | $ 1,231 | $ - |
| 26 | IKEA | 8/4/2008 | 8/4/2008 | 20 | $ 134 | $ 134 | $ - |
| 27 | IKEA | 8/5/2008 | 8/5/2008 | 20 | $ 54 | $ 54 | $ - |
| 28 | IKEA | 8/16/2008 | 8/16/2008 | 20 | $ 143 | $ 143 | $ - |
| 29 | IKEA | 8/16/2008 | 8/16/2008 | 20 | $ 48 | $ 48 | $ - |
| 30 | IKEA | 2/17/2009 | 2/17/2009 | 20 | $ 267 | $ 267 | $ - |
| 31 | IKEA | 4/23/2009 | 4/23/2009 | 23.55 | $ 477 | $ 477 | $ - |
| 91 | 15.2.13 | 2/15/2013 | 2/15/2013 | 20 | $ 1,231 | $ 1,231 | $ - |
| 92 | Amazon-3 phones | 3/11/2013 | 3/11/2013 | 20 | $ 738 | $ 738 | $ - |
| 25 | business Pro | 4/1/2013 | 4/1/2013 | 20 | $ 611 | $ 611 | $ - |
| 12 | equipment | 4/24/2013 | 4/24/2013 | 20 | $ 9,615 | $ 9,615 | $ - |
| 93 | Microwavecook | 5/16/2013 | 5/16/2013 | 20 | $ 74 | $ 74 | $ - |
| 94 | Refrigerator | 5/16/2013 | 5/16/2013 | 20 | $ 526 | $ 526 | $ - |
| 13 | PBX telephony | 5/26/2013 | 5/26/2013 | 20 | $ 2,414 | $ 2,414 | $ - |
| 14 | PBX telephony | 5/26/2013 | 5/26/2013 | 20 | $ 2,080 | $ 2,080 | $ - |
| 15 | phonesystem | 5/27/2013 | 5/27/2013 | 20 | $ 10,567 | $ 10,567 | $ - |
| 95 | 3 telephones | 5/28/2013 | 5/28/2013 | 20 | $ 248 | $ 248 | $ - |
| 16 | Installatio ex | 6/9/2013 | 6/9/2013 | 20 | $ 2,163 | $ 2,153 | $ 10 |
| 39 | 6XSnom phons | 6/27/2013 | 6/27/2013 | 20 | $ 1,078 | $ 1,063 | $ 15 |
| 54 | Furniturs for #730 | 7/1/2013 | 7/1/2013 | 20 | $ 51,338 | $ 50,494 | $ 844 |
| 74 | Princto | 7/9/2013 | 7/9/2013 | 20 | $ 503 | $ 492 | $ 10 |
| 52 | mechine | 7/10/2013 | 7/10/2013 | 20 | $ 430 | $ 421 | $ 9 |
| 41 | PrincetonNJ | 7/12/2013 | 7/12/2013 | 20 | $ 22,504 | $ 21,999 | $ 506 |
| 43 | 5 CLOCKS | 7/21/2013 | 7/21/2013 | 20 | $ 41 | $ 40 | $ 1 |
| 50 | led TV | 8/13/2013 | 8/13/2013 | 20 | $ 1,849 | $ 1,775 | $ 74 |
| 51 | stand | 8/14/2013 | 8/14/2013 | 20 | $ 723 | $ 694 | $ 29 |
| 63 | Princeton | 8/21/2013 | 8/21/2013 | 20 | $ 34,452 | $ 32,922 | $ 1,529 |
| 56 | system | 8/25/2013 | 8/25/2013 | 20 | $ 11,120 | $ 10,602 | $ 518 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 55 | shredder | 8/27/2013 | 8/27/2013 | 20 | $ 453 | $ 432 | $ 22 |
| 60 | SoundStation | 9/4/2013 | 9/4/2013 | 20 | $ 418 | $ 396 | $ 22 |
| 61 | SoundStation | 9/4/2013 | 9/4/2013 | 20 | $ 575 | $ 545 | $ 30 |
| 62 | Next Day Air | 9/4/2013 | 9/4/2013 | 20 | $ 55 | $ 52 | $ 3 |
| 64 | system | 9/15/2013 | 9/15/2013 | 20 | $ 1,506 | $ 1,418 | $ 87 |
| 77 | system | 9/15/2013 | 9/15/2013 | 20 | $ (1,506) | $ (1,418) | $ (87) |
| 70 | Telephone system | 9/25/2013 | 10/1/2013 | 20 | $ 19,139 | $ 17,860 | $ 1,279 |
| 81 | artwork | 10/7/2013 | 10/7/2013 | 20 | $ 1,731 | $ 1,609 | $ 122 |
| 80 | Artwork | 10/25/2013 | 10/25/2013 | 20 | $ 1,731 | $ 1,592 | $ 139 |
| 82 | access system | 11/5/2013 | 11/5/2013 | 20 | $ 1,594 | $ 1,457 | $ 137 |
| 90 | release | 11/6/2013 | 11/6/2013 | 20 | $ 430 | $ 392 | $ 37 |
| 88 | Prince offi | 11/26/2013 | 11/26/2013 | 20 | $ 525 | $ 474 | $ 51 |
| 92 | Telephone system | 11/30/2013 | 11/30/2013 | 20 | $ 19,282 | $ 17,359 | $ 1,923 |
| 87 | wall moun | 12/1/2013 | 12/1/2013 | 20 | $ 88 | $ 79 | $ 9 |
| 106 | phone a | 1/16/2014 | 1/16/2014 | 20 | $ 86 | $ 76 | $ 11 |
| 104 | Telephon sys | 1/31/2014 | 1/31/2014 | 20 | $ 214 | $ 185 | $ 29 |
| 105 | Grommet Dual | 2/6/2014 | 2/6/2014 | 20 | $ 1,224 | $ 1,057 | $ 168 |
| 107 | 30Wx20H, | 2/6/2014 | 2/6/2014 | 20 | $ 2,819 | $ 2,433 | $ 386 |
| 117 | 2 Canon Cameras | 2/16/2014 | 2/16/2014 | 20 | $ 252 | $ 217 | $ 36 |
| 110 | scanner | 3/11/2014 | 3/11/2014 | 20 | $ 525 | $ 443 | $ 81 |
| 121 | Princ offi | 4/17/2014 | 4/17/2014 | 20 | $ 604 | $ 499 | $ 106 |
| 122 | clock+st | 4/27/2014 | 4/27/2014 | 20 | $ 172 | $ 141 | $ 31 |
| 127 | Flammable Li | 4/27/2014 | 4/27/2014 | 20 | $ 486 | $ 398 | $ 88 |
| 129 | workstations+con | 5/31/2014 | 5/31/2014 | 20 | $ 518 | $ 421 | $ 98 |
| 128 | GPS | 6/30/2014 | 7/15/2014 | 20 | $ 107 | $ 83 | $ 24 |
| 149 | Shoretel software | 7/31/2014 | 10/1/2014 | 20 | $ 665 | $ 487 | $ 177 |
| 148 | Lic | 8/31/2014 | 10/1/2014 | 20 | $ 558 | $ 409 | $ 149 |
| 155 | CL25AE Indoor | 12/29/2014 | 12/29/2014 | 20 | $ 246 | $ 169 | $ 78 |
| 156 | Honeywell refund | 1/23/2015 | 1/23/2015 | 20 | $ (246) | $ (165) | $ (81) |
| 173 | apartment | 12/21/2015 | 12/21/2015 | 20 | $ 1,370 | $ 670 | $ 701 |

| ID | Description | Date | Date | Count | | Amount | | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 172 | apartment | 12/28/2015 | 12/28/2015 | 20 | $ | 2,522 | $ | 1,223 | $ | 1,299 |
| | | | | SUBTOTAL | $ | 234,561 | $ | 223,865 | $ | 10,697 |

### Website & Software

| ID | Description | Date | Date | Count | | Amount | | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | enterprise platf | 2/7/2013 | 2/7/2013 | 33 | $ | 41,050 | $ | 41,050 | $ | - |
| 20 | development | 2/28/2013 | 2/28/2013 | 33 | $ | 7,466 | $ | 7,466 | $ | - |
| 21 | First milestone | 4/26/2013 | 4/26/2013 | 33 | $ | 20,525 | $ | 20,525 | $ | - |
| 29 | content.com | 6/7/2013 | 6/7/2013 | 33 | $ | 2,500 | $ | 2,500 | $ | - |
| 40 | completion | 6/30/2013 | 6/30/2013 | 33 | $ | 20,525 | $ | 20,525 | $ | - |
| 75 | development | 7/15/2013 | 7/15/2013 | 33 | $ | 7,466 | $ | 7,466 | $ | - |
| 93 | Enterprise | 7/19/2013 | 10/1/2013 | 33 | $ | 433 | $ | 433 | $ | - |
| 53 | development | 7/31/2013 | 7/31/2013 | 33 | $ | 6,399 | $ | 6,399 | $ | - |
| 76 | balance | 8/1/2013 | 8/1/2013 | 33 | $ | 9,020 | $ | 9,020 | $ | - |
| 161 | software | 2/12/2015 | 2/12/2015 | 33 | $ | 119 | $ | 119 | $ | - |
| 166 | Std. | 4/1/2015 | 4/1/2015 | 33 | $ | 243 | $ | 243 | $ | - |
| 169 | forAlexi | 6/25/2015 | 6/25/2015 | 33 | $ | 5,150 | $ | 4,987 | $ | 163 |
| 170 | Kevin | 9/12/2015 | 9/12/2015 | 33 | $ | 136 | $ | 122 | $ | 14 |
| 178 | Enterprise | 1/1/2016 | 1/1/2016 | 33 | $ | (433) | $ | (345) | $ | (88) |
| 176 | IT Software | 2/16/2016 | 2/16/2016 | 33 | $ | 1,642 | $ | 1,240 | $ | 402 |
| 183 | Enterpri | 4/30/2016 | 4/30/2016 | 33 | $ | 359 | $ | 247 | $ | 112 |
| | | | | SUBTOTAL | $ | 122,599 | $ | 121,996 | $ | 604 |

### Lab Equipment & Fixtures

| ID | Description | Date | Date | Count | | Amount | | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | Technologies | 7/12/2006 | 7/12/2006 | 20 | $ | 7,950 | $ | 7,950 | $ | - |
| 33 | International Inc. | 7/14/2006 | 7/14/2006 | 20 | $ | 1,935 | $ | 1,935 | $ | - |
| 34 | International Inc. | 7/14/2006 | 7/14/2006 | 20 | $ | 1,700 | $ | 1,700 | $ | - |
| 35 | International Inc. | 7/14/2006 | 7/14/2006 | 20 | $ | 7,001 | $ | 7,001 | $ | - |
| 36 | International Inc. | 7/31/2006 | 7/31/2006 | 20 | $ | 1,371 | $ | 1,371 | $ | - |
| 37 | Labrepco | 8/7/2006 | 8/7/2006 | 20 | $ | 10,372 | $ | 10,372 | $ | - |
| 38 | International Inc. | 8/24/2006 | 8/24/2006 | 20 | $ | 2,424 | $ | 2,424 | $ | - |
| 39 | International Inc. | 9/12/2006 | 9/12/2006 | 20 | $ | 1,879 | $ | 1,879 | $ | - |
| 40 | International Inc. | 10/9/2006 | 10/9/2006 | 20 | $ | 2,336 | $ | 2,336 | $ | - |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 41 | Alpha Innotech | 10/11/2006 | 10/11/2006 | 20 | $ | 2,590 | $ | 2,590 | $ - |
| 42 | International Inc. | 10/25/2006 | 10/25/2006 | 20 | $ | 1,263 | $ | 1,263 | $ - |
| 43 | Fisher Scientific | 12/12/2006 | 12/12/2006 | 20 | $ | 2,790 | $ | 2,790 | $ - |
| 44 | Airgas East | 12/12/2006 | 12/12/2006 | 20 | $ | 2,411 | $ | 2,411 | $ - |
| 45 | America | 12/20/2006 | 12/20/2006 | 20 | $ | 5,649 | $ | 5,649 | $ - |
| 46 | Technologies, Inc. | 12/21/2006 | 12/21/2006 | 20 | $ | 1,330 | $ | 1,330 | $ - |
| 47 | International Inc. | 1/5/2007 | 1/5/2007 | 20 | $ | 2,602 | $ | 2,602 | $ - |
| 48 | Nuaire, Inc. | 1/31/2007 | 1/31/2007 | 20 | $ | 7,226 | $ | 7,226 | $ - |
| 49 | Equipment Inc | 3/16/2007 | 3/16/2007 | 20 | $ | 395 | $ | 395 | $ - |
| 50 | Equipment Inc | 5/17/2007 | 5/17/2007 | 20 | $ | 2,793 | $ | 2,793 | $ - |
| 51 | International Inc. | 7/13/2007 | 7/13/2007 | 20 | $ | 1,007 | $ | 1,007 | $ - |
| 52 | Technologies | 7/24/2007 | 7/24/2007 | 20 | $ | 7,985 | $ | 7,985 | $ - |
| 53 | Equipment Inc | 8/19/2007 | 8/19/2007 | 20 | $ | 416 | $ | 416 | $ - |
| 54 | Labrepco | 3/19/2009 | 3/19/2009 | 57.14 | $ | 890 | $ | 890 | $ - |
| 55 | D044828 | 3/1/2010 | 3/1/2010 | 33 | $ | 12,567 | $ | 12,567 | $ - |
| 56 | Technologies | 3/1/2010 | 3/1/2010 | 33 | $ | 14,009 | $ | 14,009 | $ - |
| 57 | Technologies | 3/1/2010 | 3/1/2010 | 26.66 | $ | 110,929 | $ | 110,929 | $ - |
| 58 | Technologies | 3/1/2010 | 3/1/2010 | 20 | $ | 14,974 | $ | 14,974 | $ - |
| 59 | Technologies | 4/1/2010 | 4/1/2010 | 20 | $ | 596 | $ | 596 | $ - |
| 60 | Advanced | 5/7/2010 | 5/7/2010 | 26.66 | $ | 8,644 | $ | 8,644 | $ - |
| 61 | Technologies | 5/20/2010 | 5/20/2010 | 26.66 | $ | 44,921 | $ | 44,921 | $ - |
| 62 | PNC mastercard | 5/24/2010 | 5/24/2010 | 26.66 | $ | 2,786 | $ | 2,786 | $ - |
| 63 | rchase | 7/1/2010 | 7/1/2010 | 27.93 | $ | 3,415 | $ | 3,415 | $ - |
| 65 | Instrument | 12/31/2010 | 1/1/2013 | 100 | $ | 4,222 | $ | 4,222 | $ - |
| 70 | 70 | 4/8/2011 | 4/8/2011 | 20 | $ | 3,525 | $ | 3,525 | $ - |
| 66 | 66 | 6/6/2011 | 6/6/2011 | 20 | $ | 496 | $ | 496 | $ - |
| 67 | 67 | 6/6/2011 | 6/6/2011 | 20 | $ | 52 | $ | 52 | $ - |
| 68 | 68 | 6/23/2011 | 6/23/2011 | 20 | $ | 526 | $ | 526 | $ - |
| 69 | 69 | 6/23/2011 | 6/23/2011 | 20 | $ | 54 | $ | 54 | $ - |
| 71 | Block heather | 9/21/2012 | 9/21/2012 | 20 | $ | 438 | $ | 438 | $ - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 72 | Block 24*1.5ml | 9/21/2012 | 9/21/2012 | 20 | $ 170 | $ 170 | $ - |
| 73 | dual | 12/26/2012 | 12/26/2012 | 20 | $ 550 | $ 550 | $ - |
| 126 | Slidemate | 1/1/2014 | 1/1/2014 | 20 | $ 15,906 | $ 14,041 | $ 1,865 |
| 108 | water | 3/10/2014 | 4/1/2014 | 20 | $ 600 | $ 500 | $ 100 |
| 109 | ME | 3/10/2014 | 4/1/2014 | 20 | $ 7,275 | $ 6,063 | $ 1,212 |
| 143 | Novus,30-300ul | 9/11/2014 | 9/11/2014 | 20 | $ 624 | $ 465 | $ 160 |
| 146 | Monitor | 11/9/2014 | 11/9/2014 | 20 | $ 121 | $ 86 | $ 35 |
| 150 | bath | 11/13/2014 | 11/13/2014 | 20 | $ 3,038 | $ 2,156 | $ 882 |
| 164 | 3300 | 2/6/2015 | 2/6/2015 | 20 | $ 12,104 | $ 8,025 | $ 4,079 |
| 165 | Novus,30-300ul | 4/8/2015 | 4/8/2015 | 20 | $ 616 | $ 388 | $ 228 |
| 167 | F1 1-10UL, M | 5/19/2015 | 5/19/2015 | 20 | $ 527 | $ 320 | $ 207 |
| 168 | 10ul | 5/27/2015 | 5/27/2015 | 20 | $ 238 | $ 143 | $ 94 |
| 179 | Philly | 2/18/2016 | 2/18/2016 | 20 | $ 4,208 | $ 1,921 | $ 2,287 |
| 180 | Philly | 2/18/2016 | 2/18/2016 | 20 | $ 4,208 | $ 1,921 | $ 2,287 |
| 175 | System | 2/24/2016 | 2/24/2016 | 20 | $ 47,000 | $ 21,302 | $ 25,698 |
| 189 | SCANNER | 4/1/2016 | 4/1/2016 | 20 | $ 147,994 | $ 64,083 | $ 83,911 |
| 181 | Philly | 5/21/2016 | 5/21/2016 | 20 | $ 4,208 | $ 1,707 | $ 2,501 |
| 186 | Heather M. | 6/14/2016 | 6/14/2016 | 20 | $ 723 | $ 284 | $ 439 |
| 182 | Philly | 6/25/2016 | 6/25/2016 | 20 | $ 4,625 | $ 1,788 | $ 2,837 |
| 188 | Brianna S. | 8/19/2016 | 8/19/2016 | 20 | $ 12,353 | $ 4,404 | $ 7,949 |
| 191 | Brianna S. | 9/1/2016 | 9/1/2016 | 20 | $ 7,350 | $ 2,568 | $ 4,782 |
| 192 | Heather M. | 12/14/2016 | 12/14/2016 | 20 | $ 1,353 | $ 396 | $ 957 |
| 193 | Heather M. | 12/14/2016 | 12/14/2016 | 20 | $ 1,193 | $ 349 | $ 844 |
| 194 | Fixtures | 12/14/2016 | 12/14/2016 | 20 | $ 597 | $ 175 | $ 422 |
| 195 | Heather M. | 1/6/2017 | 1/6/2017 | 20 | $ 7,350 | $ 2,058 | $ 5,292 |
| 196 | Heather M. | 1/9/2017 | 1/9/2017 | 20 | $ 1,725 | $ 480 | $ 1,245 |
| 197 | F1 1-10UL, Micro | 1/10/2017 | 1/10/2017 | 20 | $ 741 | $ 206 | $ 535 |
| | | | | SUBTOTAL | $ 585,863 | $ 435,015 | $ 150,848 |
| | | | | GRAND TOTAL | $ 1,466,862 | $ 1,296,258 | $ 170,605 |

**Fill in this information to identify the case:**

Debtor name __Rosetta Genomics, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** GenOptix, Inc.<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$1,245,000.00** | **$0.00** |

**2131 Faraday Avenue**
**Carlsbad, CA 92008**
Creditor's mailing address

Describe the lien
**Loan and Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,245,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entitles that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  Rosetta Genomics, Inc.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   |   | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Amanda Toke** | *Check all that apply.* | | |
| | **8201 Henry Avenue, Apt. M12** | ☐ Contingent | | |
| | **Philadelphia, PA 19128** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Anthony Lodise** | *Check all that apply.* | | |
| | **2830 Woodrow Avenue** | ☐ Contingent | | |
| | **Glenside, PA 19038** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Rosetta Genomics, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Brenda Hall**
**5514 Thomas Avenue**
**Philadelphia, PA 19143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Brian Langer**
**23 Alfred Avenue**
**Trenton, NJ 08610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Brittany Ronto**
**218 Harrison Avenue**
**Blackwood, NJ 08012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Cameron Govert**
**1233 La Farge Avenue**
**Louisville, CO 80027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Rosetta Genomics, Inc.**                                    Case number (if known) _____

         Name

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Christopher T. Hogan**
**1708 Half Mile Post South**
**Garnet Valley, PA 19060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Eran Goran**
**c/o Karin Ashkenazi**
**8 Holbrook Road**
**Havertown, PA 19083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Heather Mitchell**
**733 Duke Drive**
**Wenonah, NJ 08090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Hila Benjamin**
**679 Hebrides Way**
**Sunnyvale, CA 94087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Rosetta Genomics, Inc.**                                          Case number (if known) _____
          _____
          Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**2.11** Priority creditor's name and mailing address

**Jian Xu**
**1128 Glenn Street**
**Philadelphia, PA 19115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** Priority creditor's name and mailing address

**Karin Ashkenazi**
**8 Holbrook Road**
**Havertown, PA 19083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

**Olivia L. Dattner**
**122 Norcross Road**
**Berlin, NJ 08009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address

**Ron Kalfus**
**9 Tidewater**
**Irvine, CA 92614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Rosetta Genomics, Inc.**    Case number (if known) _____
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**2.15** Priority creditor's name and mailing address
**Sean Purnell**
**417 W. Rittenhouse Street, Apt. 2**
**Philadelphia, PA 19144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address
**Yoav Sror**
**7 Holbrook Road**
**Havertown, PA 19083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**Admera Health**
**126 Corporate Boulevard**
**South Plainfield, NJ 07080**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,100.00

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Agilent Technologies, Inc.**
**4187 Collections Center Drive**
**Chicago, IL 60693**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,616.00

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**Airgas East**
**P.O. Box 827049**
**Philadelphia, PA 19182**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$316.00

Date(s) debt was Incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Rosetta Genomics, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address<br>**American Express**<br>P.O. Box 650448<br>Dallas, TX 75265 | As of the petition filing date, the claim is: Check all that apply.    **$31,793.64**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address<br>**Aramark Refreshment Services**<br>1351 Metropolitan Avenue<br>Paulsboro, NJ 08066 | As of the petition filing date, the claim is: Check all that apply.    **$187.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address<br>**Associate Imaging Solutions, Inc.**<br>130 Almshouse Road<br>Richboro, PA 18954 | As of the petition filing date, the claim is: Check all that apply.    **$893.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lease**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.7** | Nonpriority creditor's name and mailing address<br>**AT&T Mobility**<br>P.O. Box 6463<br>Carol Stream, IL 60197 | As of the petition filing date, the claim is: Check all that apply.    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.8** | Nonpriority creditor's name and mailing address<br>**Black Box Network Services**<br>540 Township Line Road<br>Blue Bell, PA 19422 | As of the petition filing date, the claim is: Check all that apply.    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.9** | Nonpriority creditor's name and mailing address<br>**BlueEdge Consulting**<br>600 Eagleview Blvd, Suite 300<br>Exton, PA 19341 | As of the petition filing date, the claim is: Check all that apply.    **$874.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.10** | Nonpriority creditor's name and mailing address<br>**Cintas**<br>P.O. Box 630803<br>Cincinnati, OH 45263 | As of the petition filing date, the claim is: Check all that apply.    **$1,696.54**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Rosetta Genomics, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Cogent Communications, Inc.**
P.O. Box 791087
Baltimore, MD 21279

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,084.83 |
|---|---|---|---|

**Corporate Traveler**
1524 Chestnut Street
Philadelphia, PA 19102

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,257.00 |
|---|---|---|---|

**De Landen**
P.O. Box 41602
Philadelphia, PA 19101

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.00 |
|---|---|---|---|

**Defero Pro**
17871 Santiago Blvd, Suite 202
Villa Park, CA 92861

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $718.00 |
|---|---|---|---|

**Denville Scientific, Inc.**
P.O. Box 419043
Boston, MA 02241

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.00 |
|---|---|---|---|

**Electron Microscopy Sciences**
1560 Industry Road
Hatfield, PA 19440

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,181.00 |
|---|---|---|---|

**Fisher Scientific Co., LLC**
P.O. Box 3648
Boston, MA 02241

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    Rosetta Genomics, Inc.

Case number (if known)

Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.00 |

**3.18**

Nonpriority creditor's name and mailing address

**FNA Path**
**25 Valley Estates Drive**
**Little Rock, AR 72212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$248.00

---

**3.19**

Nonpriority creditor's name and mailing address

**HA+W -Aprio**
**5 Concourse Parkway, Suite 1000**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$3,360.00

---

**3.20**

Nonpriority creditor's name and mailing address

**hc1.com**
**6100 Technology Center Drive**
**Indianapolis, IN 46278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$8,000.00

---

**3.21**

Nonpriority creditor's name and mailing address

**Health Equity**
**15 West Scenic Pointe Drive, Suite 400**
**Draper, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vemdpr**

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

**3.22**

Nonpriority creditor's name and mailing address

**High Availability, Inc.**
**11479 Township Line Road**
**Blue Bell, PA 19422**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$3,021.00

---

**3.23**

Nonpriority creditor's name and mailing address

**Integrated DNA Technologies, Inc.**
**25104 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

**3.24**

Nonpriority creditor's name and mailing address

**Integrated Service Solutions, Inc.**
**1565 Bustrad Road**
**Lansdale, PA 19446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    __Rosetta Genomics, Inc._____    Case number (if known) _____
          Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**3.25** Nonpriority creditor's name and mailing address
Laz Parking
107 South 10th Street
Philadelphia, PA 19107

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
Life Technologies
c/o Bank of America
12088 Collection Center Drive
Chicago, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$69,040.13**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
New England Biolabs
P.O. Box 3933
Boston, MA 02241

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
Office Team
12400 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$18,269.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
Path-Tec
P.O. Box 123401
Dallas, TX 75312

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$55,417.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
Premier Source
12679 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$63,298.73**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address
Rosetta Genomics, Ltd.
10 Plaut Street
Science Park
Rehovot, 76706 Israel

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$48,638,331.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Intercompany Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Rosetta Genomics, Inc.**

Case number (if known) _____

Name

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $832.00 |

**Scientific Apparatus Service, Inc.**
**2100 Park Avenue West**
 **NJ 08306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,282.00 |

**Sigma Aldrich**
**P.O. Box 535182**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |

**Stage 1Diagnostics**
**10912 Colonel Glenn Road**
**Little Rock, AR 72204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,066.00 |

**Takara Bio USA, Inc.**
**P.O. Box 45794**
**San Francisco, CA 94145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,066.54 |

**Three Independence**
**1125 Ocean Avenue**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,881.00 |

**United Concordia**
**4401 Deer Path Road**
**Harrisburg, PA 17110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.00 |

**USA Scientific**
**P.O. Box 3000**
**Orlando, FL 32891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Rosetta Genomics, Inc.**                                    Case number (if known) _____
_____
          Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,477.00 |
|---|---|---|---|

**Veolia**
P.O. Box 73709
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.00 |
|---|---|---|---|

**VWR International**
P.O. Box 640169
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,654.00 |
|---|---|---|---|

**W.B. Mason**
P.O. Box 981101
Boston, MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,162.46 |
|---|---|---|---|

**Wexford-UCSC**
3711 Market Street
Philadelphia, PA 19104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Landlord__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,986.00 |
|---|---|---|---|

**Windstream**
P.O. Box 9001013
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 49,047,843.87 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 49,047,843.87 |

**Fill in this information to identify the case:**

Debtor name    Rosetta Genomics, Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Sharp MX 3070N Advanced System Printer** |
| | State the term remaining | **June 2019** |
| | List the contract number of any government contract | |

**Associated Imaging Solutions**
**130 Almshouse Road, Suite 209**
**Richboro, PA 18954**

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **1 PerkinElmer Panoramic 250 Flas III BF only System, including all attachments and accessories** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**De Lage Landen Financial Services**
**P.O. Box 41602**
**Philadelphia, PA 19101**

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease by Debtor of premises located at 3 Independence Way, Princeton, New Jersey** |
| | State the term remaining | **September 29, 2018** |
| | List the contract number of any government contract | |

**Kellton Tech Inc.**
**8251 Greensboro Drive, Suite 200**
**Mc Lean, VA 22102**

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 3,651 square feet located at 3 Independence Way, Princeton, New Jersey** |
| | State the term remaining | **September 2018** |
| | List the contract number of any government contract | |

**Princeton Corporate Center Realty Assoc.**
**c/o Mack-Cali Realty Corporation**
**343 Thornall Street**
**Edison, NJ 08837**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Rosetta Genomics, Inc.**

First Name    Middle Name    Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of premesis located at 10912 Glenn Road, Little Rock, Arkansas** |
| | State the term remaining | |
| | List the contract number of any government contract | **Stage 1Diagnostics**<br>**10912 Colonel Glenn Road**<br>**Little Rock, AR 72204** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 7,349 Square Feet located at 3711 Market Street, Philadelphia, Pennsylvania** |
| | State the term remaining | **December 31, 2018** |
| | List the contract number of any government contract | **Wexford-UCSC II, L.P.**<br>**7312 Parkway Drive**<br>**Hanover, MD 21076** |

**Fill in this information to identify the case:**

Debtor name    **Rosetta Genomics, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Rosetta Genomics, Ltd.** | **10 Plaut Reshovot 76706 Israel** | GenOptix, Inc. | ■ D   **2.1** <br> ☐ E/F \_\_\_\_ <br> ☐ G \_\_\_\_ |
| 2.2 **Rosetta Genomics, Ltd.** | **10 Palut Street Reshovot 76706 Israel** | **Princeton Corporate Center Realty Assoc.** | ☐ D \_\_\_\_ <br> ☐ E/F \_\_\_\_ <br> ■ G   **2.4** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy