**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ROSETTA GENOMICS, INC., | ) | Case No. 18-11316 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 23, 47** |
| | ) | |

## NOTICE OF FILING AUCTION/SALE REPORT

      **PLEASE TAKE NOTICE** that on July 13, 2018, Don A. Beskrone, Chapter 7 trustee (the, "Trustee"), by and through his undersigned counsel, filed the *Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order, Pursuant to 11 U.S.C. §§ 105, 327, 328 and 363 (I) Authorizing the Retention of Heritage Global Partners, Inc. as Auctioneer Nunc Pro Tunc to June 28, 2018 And (II) Approving the Sale of Assets* [Docket No. 23] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

      **PLEASE TAKE FURTHER NOTICE** that, on August 8, 2018, the Court entered the *Order Approving Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order, Pursuant to 11 U.S.C. §§ 105, 327, 328 and 363 (I) Authorizing the Retention of Heritage Global Partners, Inc. as Auctioneer Nunc Pro Tunc to June 28, 2018 And (II) Approving the Sale of Assets* [Docket No. 47] (the "HGP Retention and Sale Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Exclusive Auction Agreement[1], approved by the HGP Retention and Sale Order, after the completion of the Auction, the Auctioneer shall provide the Trustee with a Settlement Report, showing generally, a record of sales of the Assets and the allocation of the funds generated by such sales, subject to open items or uncollected accounts, if any.

      **PLEASE TAKE FURTHER NOTICE** that in accordance with Federal Rule of Bankruptcy 6004(f), the Trustee hereby submits the Auctioneer's Settlement Report, attached hereto as **Exhibit A**.

Dated: October 1, 2018

                                                                                              /s/ *Don A. Beskrone*
                                                                                      Don A. Beskrone, Esquire (#4380)
                                                                                      Chapter 7 Panel Trustee
                                                                                      P. O. Box 272
                                                                                      Wilmington, DE  19899
                                                                                      Telephone: (302) 654-1888

---

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion and Sale Order.

# **<u>EXHIBIT A</u>**

{01367698;v1 }



## Table of Contents

Auction Results

Exhibits
- Sales Recap
- Unsold Item List



Asset Advisory & Auction Services

## Rosetta Genomics
## Auction Results

| | |
|---|---:|
| Gross Auction Proceeds | $ 173,345.00 |
| Less: Expense Reimbursement | (15,000.00) |
| Less: Payment to Auctioneer for gross proceeds > $90,000 @ 10% | (8,334.50) |
| Net Auction Proceeds | $ 150,010.50 |
| | |
| Gross Auction Proceeds | 173,345.00 |
| Buyer's Premium Collected by Auctioneer | 31,202.10 |
| Total Payable to Trustee on September 7, 2018 | $ 204,547.10 |
| | |
| **Remaining amount owed to HGP after payment to Trustee** | $ 54,536.60 |



# Rosetta Genomics
## Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---|
| 1 | Labconco Desktop 4ft Purifier filtered PCR enclosure with air filter indicator. HIT # 2218248. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 3,900.00 |
| 2 | Thermo Electron Corp. R421GA14 Laboratory freezer. HIT # 2218249. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 850.00 |
| 3 | Thermo Fisher Scientific U2016GA15 Laboratory freezer. HIT # 2218250. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,000.00 |
| 4 | Thermo Scientific Laboratory mini freezer. HIT # 2218251. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 225.00 |
| 5 | Thermo Electron Corp. U2016GA14 Laboratory freezer. HIT # 2218252. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 525.00 |
| 6 | Thermo Scientific 3767A Laboratory freezer. HIT # 2218253. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 650.00 |
| 7 | Thermo Fisher Scientific R421GA15 Laboratory freezer. HIT # 2218254. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 475.00 |
| 8 | Thermo Scientific Laboratory mini freezer. HIT # 2218255. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 325.00 |
| 9 | Nuaire NU-658OG Ultralow freezer, -86C. HIT # 2218256. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 9,750.00 |



Asset Advisory & Auction Services

# Rosetta Genomics
## Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---|
| 10 | Nuaire NU-9483GC Glacier -86C Ultralow temperature freezer. HIT # 2218257. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. | $ 9,750.00 |
| 13 | BioSan FV-2400 Lot to include (2) Microspins. HIT # 2218260. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 50.00 |
| 14 | BioSan FV-2400 Lot to include (4) Microspins. HIT # 2218261. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 100.00 |
| 15 | BioSan FV-2400 Lot to include (5) Microspins. HIT # 2218262. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 150.00 |
| 16 | BioSan FV-2400 Lot to include (5) Microspins. HIT # 2218263. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 325.00 |
| 17 | Scientific Industries SI-T236 Lot to include (4) Mini Vortex Genie 2's. HIT # 2218264. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 650.00 |
| 18 | Scientific Industries SI-T236 Lot to include (5) Mini Vortex Genie 2's. HIT # 2218265. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 850.00 |
| 19 | Scientific Industries SI-T236 Lot to include (5) Mini Vortex Genie 2's. HIT # 2218266. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 800.00 |
| 20 | VWR Galaxy Mini Lot to include (4) assorted mini centrifuges. HIT # 2218267. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 325.00 |



## Rosetta Genomics
### Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---|
| 21 | Bio-Rad ALD 1244 DNA Engine Peltier Thermal Cycler, Alpha Unit Block Assembly for DNA Engine Systems, s/n AL118228. HIT # 2218268. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 1 | $ 1,150.00 |
| 22 | Techne FTC3102D TC-312 Thermal Cycler, s/n 150527-2. HIT # 2218269. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 110.00 |
| 23 | Extech Instruments 433201A Thermocouple Calibrator, with carrying case. HIT # 2218270. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 110.00 |
| 24 | Eppendorf 5424 Benchtop Centrifuge with rotor. HIT # 2218271. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 950.00 |
| 25 | Eppendorf 5424 Benchtop Centrifuge with rotor. HIT # 2218272. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 950.00 |
| 26 | Eppendorf 5417R Refrigerated Benchtop Centrifuge with rotor. HIT # 2218273. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 475.00 |
| 27 | Eppendorf Vacufuge plus Benchtop Centrifuge with rotor. HIT # 2218274. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 400.00 |
| 28 | Eppendorf Vacufuge plus Benchtop Centrifuge. HIT # 2218275. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,350.00 |
| 29 | Eppendorf 5430R Refrigerated Benchtop Centrifuge with rotor. HIT # 2218276. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 2,900.00 |



HERITAGE GLOBAL PARTNERS
Asset Advisory & Auction Services

## Rosetta Genomics
**Sales Recap**

| Lot No. | Description | | Sales Price |
|---|---|---|---|
| 30 | Eppendorf 5430R Refrigerated Benchtop Centrifuge with rotor. HIT # 2218277. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ | 2,600.00 |
| 31 | Eppendorf 5810R Refrigerated Benchtop Centrifuge with bucket rotor, 15 amp version, HIT # 2218278. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ | 4,300.00 |
| 32 | Eppendorf 5810R Refrigerated Benchtop Centrifuge with bucket rotor, 15 amp version, HIT # 2218279. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ | 4,000.00 |
| 33 | Eppendorf F45-30-11 Rotor. HIT # 2218280. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ | 110.00 |
| 34 | Eppendorf 5430/R Rotor. HIT # 2218281. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ | 350.00 |
| 35 | Eppendorf 5424/ 5424R Rotor. HIT # 2218282. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ | 110.00 |
| 36 | Nikon Eclipse 50i Nikon Eclipse 50i Microscope With (4) Nikon Objectives (2X, 4X, 10X, 20X and 40X), Nikon 10X/22 eyepieces, Dell XPS CPU. HIT # 2218283. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmati | $ | 1,000.00 |
| 37 | Fisher Scientific Cat no. 12575250 Microscope with (3) objectives (4X, 10X, and 20X). HIT # 2218284. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ | 800.00 |
| 38 | Thermo Scientific NanoDrop 3300 Fluorospectrometer to include Dell OptiPlex 7010 with monitor etc. HIT # 2218285. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ | 2,400.00 |
| 39 | Thermo Scientific NanoDrop 1000 Spectrophotometer to include Dell OptiPlex 7010 with monitor etc. HIT # 2218286. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ | 2,500.00 |

# Rosetta Genomics
## Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---|
| 40 | NanoDrop Technologies ND-1000 Spectrophotometer to include Dell OptiPlex 7010 with monitor etc. HIT # 2218287. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 2,050.00 |
| 41 | Thermo Scientific NanoDrop 3300 Fluorospectrometer to include Dell OptiPlex 7010 with monitor etc. HIT # 2218288. Asset located at 3711 Market St # 740, Philadelphia, PA 19104. *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 2,200.00 |
| 42 | Labnet International Inc. D1200 D1200 Accublock Digital Dry Bath. HIT # 2218289 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 325.00 |
| 43 | Labnet International Inc. D1200 Accublock Digital Dry Bath. HIT # 2218290 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 325.00 |
| 44 | Labnet International Inc. D1200 Accublock Digital Dry Bath. HIT # 2218291 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 225.00 |
| 45 | Labnet International Inc. D1200 Accublock Digital Dry Bath. HIT # 2218292 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 225.00 |
| 46 | Labnet International Inc. D1200 Accublock Digital Dry Bath. HIT # 2218293 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 275.00 |
| 47 | Labnet International Inc. D1200 Accublock Digital Dry Bath. HIT # 2218294 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 275.00 |
| 48 | Labnet International Inc. D1200 Accublock Digital Dry Bath. HIT # 2218295 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 250.00 |



## Asset Advisory & Auction Services

## Rosetta Genomics
### Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---|
| 49 | Denville Scientific Inc. D1200 Incublock Digital Dry Bath. HIT # 2218296 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 100.00 |
| 50 | Applied Biosystems Part no. 4345241 7500 Real Time PCR System to include Dell Optiplex XE2 with monitor and APC battery backup. HIT # 2218297 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk | $ 9,750.00 |
| 51 | Applied Biosystems Part no. 4345241 7500 Real Time PCR System to include Dell Optiplex XE2 with monitor and APC battery backup. HIT # 2218298 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk | $ 7,500.00 |
| 52 | Applied Biosystems Part no. 4345241 7500 Real Time PCR System to include Dell Optiplex XE2 with monitor and APC battery backup. HIT # 2218299 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk | $ 10,000.00 |
| 53 | Applied Biosystems Part no. 4345241 7500 Real Time PCR System to include Dell Optiplex XE2 with monitor and APC battery backup. HIT # 2218300 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk | $ 8,500.00 |
| 54 | 3DHISTECH Pannoramic 250 Flash III s/n P250-013807, Digital Scanner to include Fujitsu CPU with HP monitor etc. HIT # 2218301 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 24,500.00 |
| 55 | Binder BD-23 UL Laboratory Oven. HIT # 2218302 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 80.00 |
| 56 | Boekel Scientific 133000 Laboratory Oven. HIT # 2218303 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 70.00 |
| 57 | Thermo Scientific Shandon Finesse ME+ Manual Rotary Microtome to include TBS digital waterbath. HIT # 2218304 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Seller Confirmation with Bulk Sale Lot 130.* | $ 2,300.00 |



## Rosetta Genomics
### Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---|
| 58 | Shandon Finesse ME Manual Rotary Microtome to include Premiere XH-1003 tissue floating tissue bath. HIT # 2218305 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 2,050.00 |
| 59 | Thermo Scientific B81300004 Slidemate Printer with Neo-flex monitor, no cpu. HIT # 2218306 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 650.00 |
| 61 | SciGene 650c Little Dipper Microarray Processor, s/n LD090071, also to includeTeledyne Advanced Pollution Instrumentation Photometric 03 Analyzer, model 400E, Aeroqual series 200 handheld monitor RG no. 10061, Scigene NoZone workspace enclosure, Scigene | $ 500.00 |
| 62 | Thermo Scientific 1600D Precision Gravity Convection Incubator. HIT # 2218309 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 225.00 |
| 63 | Thermo Scientific 1600D Precision Gravity Convection Incubator. HIT # 2218310 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 400.00 |
| 64 | ARY, Inc. VP-210 Vacmaster Vacuum Packaging Machine. HIT # 2218311 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 325.00 |
| 65 | Mettler Toledo AB104-S Precision Analytical Digital Scale. HIT # 2218312 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 475.00 |
| 66 | VWR Scientific VMS-C7 S1 Ceramic Top Hot Plate Stirrer 7 X 7. HIT # 2218313 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 400.00 |
| 67 | Biometra T-1 Thermoblock T-Gradient Thermocycler. HIT # 2218314 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 225.00 |



## Rosetta Genomics
### Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---|
| 68 | Biometra T-1 Thermoblock T-Gradient Thermocycler. HIT # 2218315 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 225.00 |
| 69 | Shell Lab G2545A Laboratory Rotisserie Gravity Convection Oven. HIT # 2218316 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 140.00 |
| 70 | Shell Lab G2545A Laboratory Rotisserie Gravity Convection Oven. HIT # 2218317 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 160.00 |
| 71 | Shoretel 230 / 265 / 565 / 655 Lot to include (26) assorted Shoretel deskphones. HIT # 2218318 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 50.00 |
| 72 | Dell Optiplex / Vostro Lot to include (1) Optiplex 3010 and (1) Vostro 220 CPU's each with RAM, Processor, HD and OS. HIT # 2218319 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot | $ 70.00 |
| 73 | Dell Optiplex 5040 Lot to include (8) Dell Optiplex 5040 each with RAM, HD, Processor and OS. HIT # 2218320 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,000.00 |
| 74 | Dell Optiplex 3040 Lot to include (4) Dell Optiplex 3040 each with RAM, HD, Processor, and OS. HIT # 2218321 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 450.00 |
| 75 | Lenovo ThinkPad S230U Lot to include (5) Laptop Twist Computers with no chargers. HIT # 2218322 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 350.00 |
| 76 | Microsoft Surface Lot to include (8) Microsoft Surface ProTablets, all missing chargers. HIT # 2218323 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,650.00 |



## Rosetta Genomics
### Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---|
| 77 | Dell OptiPlex 7010 Lot to include (8) Dell OptiPlex 7010 each with RAM, HD, Processor and OS. HIT # 2218324 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 850.00 |
| 78 | Dell / Asus Lot to include (10) Assorted flat panel computer monitors. HIT # 2218325 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 100.00 |
| 79 | Dell S2415Hb Lot to include (4) flat panel computer monitors. HIT # 2218326 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 325.00 |
| 80 | Dell E2416Hb and E2416Ht Lot to include (15) flat panel computer monitors. HIT # 2218327 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 275.00 |
| 81 | Dell SE2416Hc Lot to include (8) flat panel computer monitors. HIT # 2218328 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 325.00 |
| 82 | Dell S2340Mc Lot to include (10) flat panel computer monitors. HIT # 2218329 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 300.00 |
| 83 | Lot to include (1) Cabinet with contents consisting of assorted IT power cords, computer accessories, speakers, (10 +) Lenovo laptops, Epson projector, keyboards, etc. HIT # 2218330 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is | $ 275.00 |
| 84 | Sharp Aquos Lot to include Sharp 70" Television to include mobile stand, LifeSize networking camera system and Intel Core 13 Processor. HIT # 2218331 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation | $ 1,000.00 |
| 85 | VWR Lot to include (12) Lab stools. HIT # 2218332 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 800.00 |



## Rosetta Genomics
### Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---|
| 87 | 5ft. Laboratory workstation with wheels, contents not included. HIT # 2218334 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,400.00 |
| 88 | 5ft. Laboratory workstation with wheels, contents not included. HIT # 2218335 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,400.00 |
| 89 | 5ft. Laboratory workstation with wheels, contents not included. HIT # 2218336 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,300.00 |
| 90 | 5ft. Laboratory workstation with wheels, contents not included. HIT # 2218337 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,400.00 |
| 91 | 5ft. Laboratory workstation with wheels, contents not included. HIT # 2218338 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,400.00 |
| 92 | 5ft. Laboratory workstation with wheels, contents not included. HIT # 2218339 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,400.00 |
| 93 | 5ft. Laboratory workstation with wheels, contents not included. HIT # 2218340 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,300.00 |
| 94 | 5ft. Laboratory workstation with wheels, contents not included. HIT # 2218341 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,300.00 |
| 95 | 5ft. Laboratory workstation with wheels, contents not included. HIT # 2218342 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,300.00 |



## Rosetta Genomics
### Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---:|
| 96 | 5ft. Laboratory workstation with wheels, contents not included. HIT # 2218343 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,350.00 |
| 97 | 5ft. Laboratory workstation with wheels, contents not included. HIT # 2218344 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,350.00 |
| 98 | 5ft. Laboratory workstation with wheels, contents not included. HIT # 2218345 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,350.00 |
| 99 | Thermo Scientific Lot to include (4) Pipettes with stand. HIT # 2218346 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 375.00 |
| 100 | Thermo Scientific Lot to include (4) Pipettes with stand. HIT # 2218347 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 325.00 |
| 101 | Thermo Scientific Lot to include (3) Pipettes with stand. HIT # 2218348 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 225.00 |
| 102 | Eppendorf Lot to include (5) Pipettes with stand. HIT # 2218349 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 650.00 |
| 103 | Thermo Scientific Lot to include (4) Pipettes with stand. HIT # 2218350 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 650.00 |
| 104 | Thermo Scientific Lot to include (7) assorted Pipettes with stand. HIT # 2218351 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 850.00 |



# Rosetta Genomics
## Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---|
| 105 | Gilson Lot to include (4) Pipettes with stand. HIT # 2218352 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 375.00 |
| 106 | Gilson Lot to include (6) Pipettes with stand. HIT # 2218353 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 475.00 |
| 107 | Gilson Lot to include (5) Pipettes with stand. HIT # 2218354 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 375.00 |
| 108 | Gilson Lot to include (5) Pipettes with stand. HIT # 2218355 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 350.00 |
| 109 | Gilson Lot to include (5) Pipettes with stand. HIT # 2218356 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 350.00 |
| 110 | Gilson Lot to include (5) Pipettes with stand. HIT # 2218357 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 350.00 |
| 111 | Gilson Lot to include (5) Pipettes with stand. HIT # 2218358 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 375.00 |
| 112 | Gilson Lot to include (5) Pipettes with stand. HIT # 2218359 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 350.00 |
| 113 | Thermo Scientific Lot to include (4) Pipettes with stand. HIT # 2218360 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 140.00 |



Asset Advisory & Auction Services

## Rosetta Genomics
### Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---|
| 114 | Thermo Scientific Lot to include (3) Pipettes with stand. HIT # 2218361 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 90.00 |
| 115 | Thermo Scientific Lot to include (3) Pipettes with stand. HIT # 2218362 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 90.00 |
| 116 | Lot to include (6) assorted Pipettes with stand. HIT # 2218363 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 160.00 |
| 117 | Lot to include (3) assorted Pipettes with stand. HIT # 2218364 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 225.00 |
| 118 | Lot to include (4) assorted Pipettes with stand. HIT # 2218365 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 160.00 |
| 119 | Lot to include (8) Assorted digital pipettes. HIT # 2218366 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 650.00 |
| 120 | Lot to include (3) assorted pipettes. HIT # 2218367 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 400.00 |
| 121 | Lot to include (5) automatic pipettes. HIT # 2218368 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 425.00 |
| 122 | Lot to include ALL unopened laboratory consumables located throughout lab, consisting of Kimtech kimwipes, gloves, reaction plates, pipette tips, filter tips, etc. HIT # 2218369 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subje | $ 1,000.00 |
| 123 | Eagle Mfg. Co. 1905 Flammable Liquid Storage Cabinet, 16 gallon cap. HIT # 2218370 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 425.00 |



Asset Advisory & Auction Services

## Rosetta Genomics
### Sales Recap

| Lot No. | Description | Sales Price |
|---|---|---:|
| 124 | Eagle Mfg. Co. 1905 Flammable Liquid Storage Cabinet, 16 gallon cap. HIT # 2218371 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 375.00 |
| 125 | VWR 1297 Boiling Bath, missing power cord. HIT # 2218372 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 10.00 |
| 126 | Lot to include (4) assorted space heaters. HIT # 2218373 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 160.00 |
| 127 | Lot to include (15) laboratory side cabinets, with wheels, contents not included. HIT # 2218374 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subject to Seller Confirmation with Bulk Sale Lot 130.* | $ 1,500.00 |
| 128 | Laboratory Cabinets. Assets located at 3711 Market St # 740, Philadelphia, PA 19104. | $ 5,400.00 |
| | Total: | $ 173,345.00 |



## Heritage Global Partners
### Asset Advisory & Auction Services

## Rosetta Genomics
## Unsold Items

| Lot No | Item |
|---|---|
| 11 | Multitronic Glass Washer. HIT # 2218258. Staying with Building |
| 60 | Applied Biosystems G2505C DNA Microarray Scanner with Surescan High-Resolution Technology, also to include HP xw4600 Workstation with monitor etc, s/n US10033764. HIT # 2218307 Asset located at 3711 Market St # 740, Philadelphia, PA 19104 *Sale is Subjec |
| 86 | Assorted Lot to include (10+) assorted lab stools and office chairs. HIT # 2218333 |